IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McGee, Charles | Case Number: 06 B 03810 |
|---|---|---|
| | McGee, Modice | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 4/7/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: June 5, 2008
Confirmed: May 24, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 27,279.24 | |
| Secured: | | 669.54 |
| Unsecured: | | 23,531.56 |
| Priority: | | 0.00 |
| Administrative: | | 1,300.00 |
| Trustee Fee: | | 1,428.56 |
| Other Funds: | | 349.58 |
| Totals: | 27,279.24 | 27,279.24 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,300.00 | 1,300.00 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | Citizens Bank | Secured | 669.54 | 669.54 |
| 4. | ECast Settlement Corp | Unsecured | 2,564.90 | 2,564.90 |
| 5. | Capital One | Unsecured | 2,674.37 | 2,674.37 |
| 6. | ECast Settlement Corp | Unsecured | 2,575.77 | 2,575.77 |
| 7. | Capital One | Unsecured | 1,084.32 | 1,084.32 |
| 8. | Capital One | Unsecured | 3,341.60 | 3,341.60 |
| 9. | American General Finance | Unsecured | 346.26 | 0.00 |
| 10. | HSBC Bank USA | Unsecured | 749.89 | 749.89 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,117.66 | 1,117.66 |
| 12. | Capital One | Unsecured | 1,549.82 | 1,549.82 |
| 13. | Resurgent Capital Services | Unsecured | 2,670.54 | 2,670.54 |
| 14. | ECast Settlement Corp | Unsecured | 1,772.94 | 1,772.94 |
| 15. | Providian National Bank | Unsecured | 2,332.32 | 2,332.32 |
| 16. | Resurgent Capital Services | Unsecured | 1,097.43 | 1,097.43 |
| 17. | American General Finance | Secured | | No Claim Filed |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 20. | BP Amoco | Unsecured | | No Claim Filed |
| 21. | Home Depot | Unsecured | | No Claim Filed |
| 22. | Citibank | Unsecured | | No Claim Filed |
| 23. | Redline Recovery Services | Unsecured | | No Claim Filed |
| 24. | Shell | Unsecured | | No Claim Filed |
| 25. | Verizon Wireless | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | McGee, Charles | Case Number: 06 B 03810 |
|---|---|---|
| | McGee, Modice | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 4/7/06 |

| | | | | |
|---|---|---|---|---|
| 26. | United Recovery Services | Unsecured | | No Claim Filed |
| 27. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 25,847.36 | $ 25,501.10 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 103.16 |
| 4.8% | 138.66 |
| 5.4% | 1,186.74 |
| | _____ |
| | $ 1,428.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

